SEALED

FILED IN OPEN COURT
ON 8-1-18 BG
Peter A. Moore, Jr., Cle
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-301-1FL (2)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| OLIVE AGATHA MARTIN ) | |
| a/k/a "Olive Ramsey" ) | |

The Grand Jury charges that:

## COUNT ONE

On or about October 28, 2014, in the Eastern District of North Carolina, the defendant, OLIVE AGATHA MARTIN, also known as "Olive Ramsey," did knowingly make a false statement and claim that she was a citizen of the United States in order to register to vote, in violation of Title 18, United States Code, Section 1015(f).

[remainder of page intentionally left blank]

1

## COUNT TWO

On or about November 8, 2016, in the Eastern District of North Carolina, the defendant, OLIVE AGATHA MARTIN, also known as "Olive Ramsey," an alien, knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

FOREPERSON

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

DATE 7-31-18

ROBERT J. HIGDON, JR.
United States Attorney

BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney