UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-301-1FL (2)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OLIVE AGATHA MARTIN | MOTION TO CONTINUE<br>ARRAIGNMENT |

NOW COMES the defendant, through counsel, without objection from Assistant United States Attorney Sebastian Kielmanovich, and moves to continue the defendant's arraignment, currently scheduled for October 19, 2018, to the Court's next term.

In support of this motion, defense counsel respectfully informs the Court that she needs additional time to consult with the defendant, review the discovery, and investigate the charges, and that this continuance is in the best interests of both the Government and the Defendant.

Respectfully requested this 2nd day of October, 2018.

G. ALAN DuBOIS
Federal Public Defender

/s/ *Sherri Royall Alspaugh*
SHERRI ROYALL ALSPAUGH
First Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Sherri_Alspaugh@fd.org
N.C. State Bar No. 17581
LR 57.1 Counsel Appointed

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on October 2, 2018, using the CM/ECF system which will send notification of such filing to the above.

This the 2nd day of October, 2018.

/s/ Sherri Royall Alspaugh
SHERRI ROYALL ALSPAUGH
First Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Sherri_Alspaugh@fd.org
N.C. State Bar No. 17581
LR 57.1 Counsel
Appointed