UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-301-1FL (2)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OLIVE AGATHA MARTIN | ORDER TO CONTINUE<br>ARRAIGNMENT |

This matter having come before the Court by motion of the Office of the Federal Public Defender to continue the arraignment of the Defendant, and for good cause shown, it is hereby ORDERED that the arraignment shall be continued until the February 12, 2019 term of court.

This Court finds the ends of justice served by granting of this continuance outweigh the interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

This 30th day of November, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge