UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-301-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OLIVE AGATHA MARTIN | UNOPPOSED<br>MOTION FOR SENTENCING AT<br>TIME OF ARRAIGNMENT |

NOW COMES the defendant, through counsel, without objection from Assistant United States Attorney Sebastian Kielmanovich, and moves to have her sentencing hearing immediately following the defendant's arraignment, currently scheduled for February 14, 2019, before United States Magistrate Judge Robert B. Jones, Jr..

In support of this motion, defense counsel respectfully informs the Court as follows:

1. Ms. Martin is entering a guilty plea to a violation of 18 U.S.C. § 611(a), a misdemeanor, pursuant to a plea agreement with the government;

2. Undersigned counsel has spoken with United States Probation Officer Kristi Benfield, who is willing to prepare and have available to the court an abbreviated presentence report. The report will contain an assessment of the defendant's criminal history or lack thereof, a calculation of the applicable sentencing guidelines, and a recommendation to the court regarding sentence;

3. Undersigned counsel will be prepared to provide the Court with additional information relative to the Ms. Martin's history and background to enable the Court to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553; and

4. Assistant United States Attorney Sebastian Kielmanovich does not object to

1

conducting the sentencing hearing immediately following the arraignment provided the Court agrees and at least an abbreviated presentence report is available to the Court.

WHEREFORE, Ms. Martin respectfully requests that the Court allow her to be sentenced immediately following her arraignment before United States Magistrate Judge Jones.

Respectfully requested this 31st day of January, 2019.

G. ALAN DuBOIS
Federal Public Defender

/s/ *Sherri Royall Alspaugh*
SHERRI ROYALL ALSPAUGH
First Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Sherri_Alspaugh@fd.org
N.C. State Bar No. 17581
LR 57.1 Counsel Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

by electronically filing the foregoing with the Clerk of Court on January 31, 2019, using the CM/ECF system which will send notification of such filing to the above.

This the 31st day of January, 2019.

/s/ Sherri Royall Alspaugh
SHERRI ROYALL ALSPAUGH
First Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Sherri_Alspaugh@fd.org
N.C. State Bar No. 17581
LR 57.1 Counsel Appointed